| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | | |
|---|---|---|
| 11 | MICHAEL YOUNESSI and PACIFICA HOLDINGS LLC, a California Limited Liability Company, | Case No. 8:12-cv-02034-JLS-MLG |
| 12 | | Hon. Josephine L. Staton |
| 13 | Plaintiff, | |
| 14 | v. | **JUDGMENT** |
| 15 | J.P. MORGAN CHASE BANK, N.A., a Delaware Corporation; | |
| 16 | | |
| 17 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA4 TRUST; and | Complaint Filed: November 21, 2012<br>Trial Date: August 26, 2014 |
| 20 | DOES 1 Through 100 Inclusive, | |
| 21 | Defendants. | |

Case 8:12-cv-02034-JLS-MLG   Document 46   Filed 06/18/14   Page 2 of 2   Page ID #:761

The Court, having granted summary judgment in favor of Defendant JPMorgan Chase Bank, N.A. and Defendant US Bank National Association, as Trustee of the WAMU Mortgage Pass-Through Certificates Series 2007-0A4 Trust, as to Plaintiff Michael Younessi and Plaintiff Pacifica Holdings LLC's remaining claims for declaratory judgment, quasi-contract, and violation of California Business & Professions Code section 17200 (Doc. 44) hereby enters judgment in favor of Defendants and against Plaintiffs.

SO ORDERED.

Dated: June 18, 2014   _____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE

1

JUDGMENT